# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:17-cv-00479-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 20) |
| SFR INVESTMENTS POOL 1, LLC, | |
| Defendant(s). | |

Pending before the Court is a status report seeking a stay of discovery. Docket No. 20. At bottom, the parties seek a stay of discovery based on the pendency of a motion to dismiss for failure to join an indispensable party. *Id.* at 1-2. The Court declines to order an indefinite stay of discovery pending a ruling on that motion to dismiss, but will instead extend the deadline for the parties to file a joint proposed discovery plan to August 24, 2017.

IT IS SO ORDERED.

DATED: July 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge